TIMOTHY J. KEATING V. EQUITABLE SURETY COMPANY OF NEW YORK. JOHN McMAHON V. EQUITABLE SURETY COMPANY OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS DAVIDSON V. MARKS BROS. HOLDING CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HERMAN A. ACKER CORPORATION V. ABRAHAM M. FINKELSTEIN and Others, Impleaded with FINKELSTEIN & MAISEL, INC.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY J. DEPASSO and Another v. KNICKERBOCKER AUTOMOBILE WAREHOUSE, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SELIG BERG V. ARTISTIC BRASSIERE CO., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER FRIEDMAN V. IRWIN ISAACS and Another.— Application denied,

with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.